**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff/Garnishor,** | ) ) ) |
| vs. | ) )   Case No. CR-02-89-T |
| **GERRY RAY PRICE,** | ) ) ) |
| **Defendant,** | ) ) |
| and | ) ) |
| **SHERATON HOTEL, and its successors or assigns,** | ) ) ) |
| **Garnishee.** | ) |

## ORDER FOR DISPOSITION OF GARNISHED FUNDS

The United States of America caused a Writ of Garnishment to be issued to Sheraton Hotel (Doc. 4) on May 26, 2005. On June 16, 2005, Garnishee filed an answer (Doc. 7) certifying service on the defendant. A review of the court record demonstrates that no objection or request for a hearing has been filed by the defendant.

Garnishee is ordered to disburse all nonexempt monies and property of the defendant withheld since the date of service of the Writ and make all future monies and property withheld under the continuing Writ, payable to the U.S. District Court Clerk and deliver the same to the U.S. District Court Clerk, 200 NW 4th Street, Suite 1210 Oklahoma City, Oklahoma 73102.

IT IS SO ORDERED.

Dated this 12th day of July, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE