# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff/Garnishor,** | ) |
| | ) |
| vs. | ) |
| | )   Case No. CR-02-89-T |
| **GERRY RAY PRICE,** | ) |
| | ) |
| **Defendant,** | ) |
| | ) |
| and | ) |
| | ) |
| **SHERATON HOTEL, and its successors or assigns,** | ) |
| | ) |
| | ) |
| **Garnishee.** | ) |

## AGREED FINAL GARNISHMENT ORDER

The Court, having reviewed the court record and premises considered finds that Defendant has agreed to have his wages/income garnished to satisfy a debt owed to the United States, the United States has agreed to accept payments in the amount of **$100.00 per pay period**, and the Garnishee has agreed to withhold and forward the garnishment payments to the United States District Court Clerk until Defendant's debt is paid in full, Garnishee no longer has custody or control of any property belonging to Defendant, or further order of this Court.

**IT IS THEREFORE ORDERED** that based on the agreement of the parties:

1. Garnishee shall withhold **$100.00 per pay period** from Defendant's wages/income;

2. Garnishee shall make the garnishment payments payable to the **United States District Court Clerk;**

3. Garnishee shall forward all garnishment payments to the **United States District Court Clerk at 200 N.W. 4th Street, Suite 1210 Oklahoma City, Oklahoma 73102,** until Defendant's debt is paid in full, Garnishee no longer has custody or control of any property belonging to Defendant, or further order of this Court;

4. Garnishee shall begin withholding garnishment payments from Defendant's wages/income on the first full pay period immediately following receipt of this Order.

5. The United States shall be entitled to submit Defendant's debt to Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally be entitled to receive may be offset and applied to Defendant's debt.

Ordered on this 26th day of August, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:


S/Ronny D. Pyle
RONNY D. PYLE, OBA# 7361
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, OK 73102
(405) 553-8700 / (405) 553-8885 (fax)
E-mail: Ron.Pyle@usdoj.gov



S/Gerry Price*
Gerry Ray Price, DEFENDANT
2836 NW 22nd Street
OKC, OK 73107
*I certify that I have the signed original of the this document, which is available for inspection at any time by the Court or a party to this action.



S/Sondra Chapman*

Sheraton Hotel, GARNISHEE
by Interstate Mgt Co., LLC
One North Broadway
OKC, OK 73102

*I certify that I have the signed original of the this document, which is available for inspection at any time by the Court or a party to this action.*